**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **VIRGIL MILAM** | § | |
| | § | |
| v. | § | **CASE NO. 6:14cv493-JDL** |
| | § | |
| **TRULITE GLASS & ALUMINUM** | § | |
| **SOLUTIONS, LLC** | § | |

## FINAL JUDGMENT

Pursuant to Plaintiff's Agreed Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Virgil Milam, filed suit against Trulite Glass & Aluminum Solutions, LLC on May 16, 2014. Since that time, all Defendants have been dismissed in this case.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

So **ORDERED and SIGNED** this 13th day of July, 2015.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE